**Andrew G. Patel**
Attorney-at-Law
15 Chester Avenue
White Plains, New York 10601
apatel@apatellaw.com
Fax: 646-304-6604                                                                 Telephone 212-349-0230

**By ECF**

June 14, 2022

> **SO ORDERED:**
> Application granted. The Court will hold a status conference on June 27, 2022 at 3:30 p.m. to discuss the issue of Mr. Rosario's representation. Defense counsel is directed to provide a copy of this endorsement to the Defendant, his family, and the attorney who has purportedly been retained.
>
> _____ 6-16-22
> JUDITH C. McCARTHY
> United States Magistrate Judge

The Honorable Judith C. McCarthy
United States Magistrate Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:   U.S. v. Benito Antonio Rosario
      22 M 3882 (JCM)

Dear Judge McCarthy:

   On April 30, 2022, Your Honor appointed me to represent Mr. Benito Rosario. On May 24, 2022, I visited Mr. Rosario at the Westchester County Jail with an interpreter. Mr. Rosario informed me that his family had retained private counsel for him.  This was confirmed by his family.  I attempted to contact the lawyer who I had been told was retained by I received no response.  Mr. Rosario's family has not responded to my calls or messages.

   I respectfully request that Your Honor set this matter down for a conference so that the issue of Mr. Rosario's representation can be resolved.

                                          Respectfully submitted,


                                    By:   /s/Andrew Patel
                                          Andrew G. Patel


cc:   All counsel by ECF