**Andrew G. Patel**
Attorney-at-Law
15 Chester Avenue
White Plains, New York 10601
apatel@apatellaw.com
Fax: 646-304-6604 <span style="float:right">**Telephone 212-349-0230**</span>

**By ECF and Email**

June 27, 2022

The Honorable Judith C. McCarthy
United States Magistrate Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

          Re:   <u>U.S. v. Benito Antonio Rosario</u>
                  22 M 3882 (JCM)

Dear Judge McCarthy:

    This letter is respectfully submitted to update Your Honor on the status of the representation of Mr. Benito Rosario. Bernard Kleinman, Esq., informed me today that Mr. Rosario's family is in the process of retaining him to represent Mr. Rosario. Mr. Kleinman expects to file a Notice of Appearance tomorrow.

    Assuming all goes as Mr. Kleinman anticipates, I respectfully request that I be relieved from this matter when Mr. Kleinman files a Notice of Appearance.

                            Respectfully submitted,

                      By:  <u>/s/Andrew Patel</u>
                             Andrew G. Patel

cc:   Michael Maimin
       Assistant United States Attorney (by email)

       Bernard Kleinman, Esq. (by email)

**APPLICATION GRANTED**

*/s/ Judith C. McCarthy*
Hon. Judith C. McCarthy
6-28-2022